1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, 5th Floor
   San Francisco, CA 94105-3612
4  Telephone:  415-512-3501
   Facsimile:   415-512-3515
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN BONILLA as CHAIRMAN and KEN          Case No.:  C-05-3151 EDL
    WALTERS as CO-CHAIRMAN of the BOARDS
12  OF TRUSTEES FOR THE OPERATING             **PLAINTIFFS' STATEMENT RE**
    ENGINEERS HEALTH AND WELFARE              **DEFENDANTS' DEFAULT IN LIEU OF**
    TRUST FUND, PENSION FUND FOR              **CASE MANAGEMENT CONFERENCE**
13  OPERATING ENGINEERS, PENSIONED            **STATEMENT AND [PROPOSED] ORDER**
    OPERATING ENGINEERS HEALTH AND
14  WELFARE FUND, OPERATING ENGINEERS         **DATE:          December 6, 2005**
    VACATION AND HOLIDAY TRUST FUND,          **TIME:          3:00 p.m.**
15  NORTHERN CALIFORNIA PREAPPRENTICE,        **COURTRM.:   E, 15th Floor**
    APPRENTICE AND JOURNEYMAN                 **JUDGE:        Hon. Elizabeth D. Laporte**
16  AFFIRMATIVE ACTION TRAINING FUND,
    OPERATING ENGINEERS CONTRACT
17  ADMINISTRATION FUND FOR NORTHERN
    CALIFORNIA, OPERATING ENGINEERS
18  INDUSTRY STABILIZATION TRUST FUND
    AND OPERATING ENGINEERS MARKET
19  PRESERVATION TRUST FUND,

20              Plaintiffs,

21       v.

22  E.G. CONSTRUCTION, a Business Entity; and
    EZRA PHILLIP GREEN, an Individual,
23
                Defendants.
24

25       Now come the plaintiffs, named above, and file this statement in lieu of the Case

26  Management Conference Statement.

27       Defendants have defaulted in this action, and have failed to cooperate in the preparation of a

28  Case Management Conference Statement or in any of the other preparatory activities required by

                                   - 1 -

the court.  On November 28, 2005, plaintiffs submitted their Request for Entry of Default, and after default is entered, will move for entry of a specific judgment in a specific dollar amount as soon as the same can be calculated.

DATED:  December 1, 2005                         STANTON, KAY & WATSON, LLP


By   /s/ Anne Bevington
         ANNE BEVINGTON
Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER**

        Upon reading the foregoing statement, the case management conference set for December 6, 2005 is hereby continued until ___February 14, 2006_____. The conference will be vacated in the event Plaintiffs file a motion for entry of default judgment before that date.

Dated:  December 1, 2005                         _____
                                                 HON. ELIZABETH D. LAPORTE
                                                 UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

F:\CASES\30\32.178 E G Construction\PLEADINGS\STATEMENT IN LIEU OF CMS.doc

**PLAINTIFFS' STATEMENT RE DEFENDANTS' DEFAULT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER [CASE NO. C-05-3151 EDL]**