1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, 5th Floor
   San Francisco, CA 94105-3612
4  Telephone:  415-512-3501
   Facsimile:   415-512-3515
5  Email:        AnneB@skwsf.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>                    Plaintiffs,<br><br>        v.<br><br>E.G. CONSTRUCTION, a Business Entity; and EZRA PHILLIP GREEN, an Individual,<br><br>                    Defendants. | Case No.:   C-05-3151 EDL<br><br>PLAINTIFFS' IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE AND [~~PROPOSED~~] ORDER<br><br>DATE:          February 14, 2006<br>TIME:          10:00 a.m.<br>COURTRM.:  E, 15th Floor<br>JUDGE:         Hon. Elizabeth D. Laporte |

25     On December 1, 2005, the Court scheduled a continued case management conference for

26  February 14, 2006, with the date to be vacated if plaintiffs filed a motion for entry of default

27  judgment before that date.  On December 6, 2005, default was entered against the defendants.

28  Plaintiffs' counsel has intended to file the Motion for Default Judgment before February 14, 2006.

- 1 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE AND [~~PROPOSED~~] ORDER [CASE NO. C-05-3151 EDL]

1 | However, as plaintiffs' counsel has been ill with the flu, plaintiffs' counsel requests that the
2 | continued Case Management Conference be continued to Tuesday, February 28, 2006, with the date
3 | to be vacated in the event Plaintiffs file a motion for entry of default judgment before that date.
4 |
5 | DATED: February 8, 2006.                    STANTON, KAY & WATSON, LLP
6 |
7 |
8 |                                              By  /s/ Anne Bevington
                                                     ANNE BEVINGTON
9 |                                                Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**[PROPOSED] ORDER**

Upon reading the foregoing statement, the case management conference set for February 14, 2006 is hereby continued until __February 28, 2006_____.
The conference will be vacated in the event Plaintiffs file a motion for entry of default judgment before that date. No further continuances will be granted absent exceptional circumstances.

Dated: February 9, 2006                         _____
                                                HON. ELIZABETH D. LAPORTE
                                                UNITED STATES MAGISTRATE JUDGE

[GRANTED stamp, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]

F:\CASES\30\32.178 E G Construction\STATEMENT IN LIEU OF CMS 2-8-2006.doc