1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA 94105-3612
4  Telephone:  415-512-3501
   Facsimile:   415-512-3515
5  Email:        AnneB@skwsf.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>                     Plaintiffs,<br><br>       v.<br><br>E.G. CONSTRUCTION, a Business Entity; and EZRA PHILLIP GREEN, an Individual,<br><br>                     Defendants. | Case No.:  C-05-3151 EDL<br><br>PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [~~PROPOSED~~] ORDER SETTING ASIDE DEFAULT, PERMITTING AMENDMENT OF COMPLAINT, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE<br><br>DATE:           February 28, 2006<br>TIME:            10:00 a.m.<br>COURTRM.:  E, 15th Floor<br>JUDGE:         Hon. Elizabeth D. Laporte |

On December 1, 2005, the Court scheduled a continued case management conference for February 14, 2006, with the date to be vacated if plaintiffs filed a motion for entry of default judgment before that date. On December 6, 2005, default was entered against the defendants. On

/ / /

- 1 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER
[CASE NO. C-05-3151 EDL]

application of plaintiffs' counsel, the case management conference was continued to February 28, 2006, the conference to be vacated if plaintiffs filed a motion for default judgment.

Plaintiffs' counsel has determined that the complaint should be amended to set out the known amounts that were due when the action was filed.  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, no response to the Complaint having been served or filed, plaintiffs attempted to file a First Amended Complaint For Damages for Breach of Collective Bargaining Agreement, to Recover Trust Fund Contributions and for Injunctive Relief, a copy of which is attached hereto as **Exhibit A**, but the clerk would not accept it for filing because default has been entered.

Accordingly, plaintiffs request an order setting aside the defendants' default, permitting plaintiffs to file a First Amended Complaint, and setting a further Case Management Conference.

DATED: February 27, 2006.                                STANTON, KAY & WATSON, LLP


By: */s/ Anne Bevington*_____
　　　ANNE BEVINGTON
Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## [~~PROPOSED~~] ORDER

Upon reading the foregoing statement, IT IS HEREBY ORDERED that:

1.    The default entered against defendants E.G. Construction and Ezra Phillip Green on December 6, 2005, be set aside;

2.    Plaintiffs be permitted to file their First Amended Complaint [Within 30 days]; and

3.    A further Case Management Conference shall be held on __June 23, 2006__, at __10:00__ a.m./~~p.m.~~

Dated:  __March 6, 2006__                                    _____
                                                              GRANTED
                                                              /s/ Judge Elizabeth D. Laporte
                                                              HON. ELIZABETH D. LAPORTE
                                                              UNITED STATES MAGISTRATE JUDGE

F:\CASES\30\32.178 E G Construction\OLD CASE\Pleadings\STATEMENT IN LIEU OF CMS 2-27-2006.doc

- 2 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**
**[CASE NO. C-05-3151 EDL]**

# PROOF OF SERVICE

CASE NAME:     *John Bonilla, et al. v. E.G. Construction, et al.*
CASE NUMBER:   U.S. District Court, Northern District of California Case No. C-05-3151 EDL

    I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

    On February 27, 2006, I served the following document(s) described as:

**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER SETTING ASIDE DEFAULT, PERMITTING AMENDMENT OF COMPLAINT, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

on the following party/parties:

| | |
|---|---|
| E.G. Construction<br>P.O. Box 9134<br>Vallejo, CA 94591 | Ezra Phillip Green<br>P.O. Box 9134<br>Vallejo, CA 94591 |

**X**   **BY MAIL:**  with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on **February 27, 2006** at San Francisco, California.

                                                            */s/ Chris Coopey*_____
                                                                  Chris Coopey