James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone:   415-512-3501
Facsimile:   415-512-3515
Email:       AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>E.G. CONSTRUCTION, a Business Entity; and EZRA PHILLIP GREEN, an Individual,<br><br>        Defendants. | Case No.:  C-05-3151 EDL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [~~PROPOSED~~] ORDER**<br><br>**DATE:**      **June 13, 2006**<br>**TIME:**      **10:00 a.m.**<br>**COURTRM.:** **E, 15th Floor**<br>**JUDGE:**    **Hon. Elizabeth D. Laporte** |

      On December 6, 2005, default was entered against both of the defendants, E.G. Construction and Ezra Phillip Green, in this action.  By order of March 6, 2006, the Court granted plaintiffs' request to set aside the default and file a first amended complaint, and scheduled a further case management conference for June 23, 2006.

1    Plaintiffs' first amended complaint was filed on March 7, 2006, and was served on both

2  defendants on March 15, 2006.  The summons was returned executed on March 22, 2006. As is set

3  forth in the accompanying Declaration of James P. Watson, the defendants have not filed a

4  responsive pleading, but the parties have been engaged in settlement negotiations which

5  contemplate a stipulation for entry of judgment. For this reason, plaintiffs have not requested entry

6  of default against the defendants.

7    On June 6, 2006, the court's clerk informed plaintiffs' counsel that the continued case

8  management conference is was in fact set for June 13, and not June 23, 2006, as set forth in the

9  order. As plaintiffs' counsel were unaware of the June 13, 2006, date, they are filing this statement

10 and the accompanying declaration as quickly as possible after receiving notice of the correct date.

11   Plaintiffs request that the case management conference be continued for 90 days, to a date

12 convenient to the court, to allow the parties time to resolve this matter by settlement.

13 DATED:  June 6, 2006.                    STANTON, KAY & WATSON, LLP

14

15

16   By: _Anne Bevington_
       ANNE BEVINGTON
17     Attorneys for Plaintiffs

18 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                              **[PROPOSED] ORDER**
19
       Upon reading the foregoing statement and accompanying Declaration of James P. Watson,
20
   IT IS HEREBY ORDERED that a  further Case Management Conference be held on
21
   September 12, 2006_____, at _10:00_____ a.m./p.m., in Courtroom E of the above-entitled
22
   court.
23

24
   Dated: _June 6, 2006_____
25
                              HON. _____ LAPORTE
26                            UNITED STATES MAGISTRATE JUDGE

   F:\CASES\30\32.178 E G Construction\Pleadings\CMC STATEMENT.doc
27

28

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER
[CASE NO. C-05-3151 EDL]

1

2                                    **PROOF OF SERVICE**

3    CASE NAME:        *John Bonilla, et al. v. E.G. Construction, et al.*
     CASE NUMBER:      U.S. District Court, Northern District of California Case No. C-05-3151 EDL
4
          I am a citizen of the United States and a resident of the State of California.  I am over the
5    age of 18 and not a party to the within action.  My business address is 101 New Montgomery Street,
     Fifth Floor, San Francisco, California  94105.
6
          On June 6, 2006, I served the following document(s) described as:
7
     **PLAINTIFFS'   STATEMENT   IN   LIEU   OF   CASE   MANAGEMENT**
8    **CONFERENCE STATEMENT, AND [PROPOSED] ORDER**

9    on the following party/parties:

10               E.G. Construction                        Ezra Phillip Green
                 P.O. Box 9134                            P.O. Box 9134
11               Vallejo, CA  94591                       Vallejo, CA  94591

12   **X**    ***BY MAIL:***  with postage thereon fully prepaid in the designated area for outgoing mail.  I
             am readily familiar with STANTON, KAY & WATSON'S practice of collection and
13           processing correspondence whereby mail is sealed, given the appropriate postage and
             placed in a designated mail collection area.  Each day's mail is collected and deposited with
14           the United States Postal Service after the close of each day's business.  I am aware that on
             motion of the party served, service is presumed invalid if postal cancellation date or postage
15           meter date is more than one day after the date of deposit for mailing in affidavit.

16
          I declare under penalty of perjury under the laws of the United States of America that the
17   above is true and correct and that this Declaration is executed on **June 6, 2006** at San Francisco,
     California.
18

19                                         *Doretha Holmes*
                                           Doretha Holmes
20

21

22

23

24

25

26

27

28