James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
Email: AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>E.G. CONSTRUCTION, a Business Entity; and EZRA PHILLIP GREEN, an Individual,<br><br>Defendants. | Case No.: C-05-3151 EDL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [~~PROPOSED~~] ORDER**<br>(AS MODIFIED)<br>DATE: September 12, 2006<br>TIME: 10:00 a.m.<br>COURTRM.: E, 15th Floor<br>JUDGE: Hon. Elizabeth D. Laporte |

On December 6, 2005, default was entered against both of the defendants, E.G. Construction and Ezra Phillip Green, in this action. By order of March 6, 2006, the Court granted plaintiffs' request to set aside the default and file a first amended complaint.

- 1 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**
**[CASE NO. C-05-3151 EDL]**

1  Plaintiffs' first amended complaint was filed on March 7, 2006, and was served on both
2  defendants on March 15, 2006. The summons was returned executed on March 22, 2006. The
3  defendants have not filed a responsive pleading, but the parties commenced settlement negotiations
4  which contemplate a stipulation for entry of judgment. For this reason, plaintiffs have not requested
5  entry of default against the defendants.

6  Settlement discussions stalled during the summer months but have resumed, defendants
7  having made their latest offer on August 28, 2006. Plaintiffs request that the case management
8  conference be continued for 60 days, to a date convenient to the court, to allow the parties time to
9  resolve this matter by settlement.

10  DATED: September 6, 2006.                     STANTON, KAY & WATSON, LLP

13                                               By: __/s/ Anne Bevington_____
                                                     ANNE BEVINGTON
                                                 Attorneys for Plaintiffs

15                    [~~PROPOSED~~] ORDER   (AS MODIFIED)

17  Upon reading the foregoing statement and accompanying Declaration of James P. Watson,
18  IT IS HEREBY ORDERED that a further Case Management Conference be held on
19  _November 7, 2006_____, at _10:00____ a.m./~~p.m.~~, in Courtroom E of the above-entitled
20  court. Further continuances shall not be granted absent very good cause.

22  Dated: __September 6, 2006___                 _____
                                                 HON. ELIZABETH D. LAPORTE
                                                 UNITED STATES MAGISTRATE JUDGE

    *IT IS SO ORDERED* /s/ Elizabeth D. Laporte — Judge Elizabeth D. Laporte

23  F:\CASES\30\32.178 E G Construction\Pleadings\CMC STATEMENT 9-6-2006.doc

- 2 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER
[CASE NO. C-05-3151 EDL]**

# PROOF OF SERVICE

CASE NAME: *John Bonilla, et al. v. E.G. Construction, et al.*
CASE NUMBER: U.S. District Court, Northern District of California Case No. C-05-3151 EDL

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On September 6, 2006, I served the following document(s) described as:

**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**

on the following party/parties:

| | |
|---|---|
| E.G. Construction<br>P.O. Box 9134<br>Vallejo, CA 94591 | Ezra Phillip Green<br>P.O. Box 9134<br>Vallejo, CA 94591 |

X  **BY MAIL:** with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on **September 6, 2006** at San Francisco, California.

                                                     */s/ Carol M. Christensen*
                                                      Carol M. Christensen