James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone:  415-512-3501
Facsimile:   415-512-3515
Email:         AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>E.G. CONSTRUCTION, a Business Entity; and EZRA PHILLIP GREEN, an Individual,<br><br>Defendants. | Case No.:  C-05-3151 EDL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>DATE:            November 21, 2006<br>TIME:            10:00 a.m.<br>COURTRM.:   E, 15th Floor<br>JUDGE:          Hon. Elizabeth D. Laporte |

On December 6, 2005, default was entered against both of the defendants, E.G. Construction and Ezra Phillip Green, in this action. By order of March 6, 2006, the Court granted plaintiffs' request to set aside the default and file a first amended complaint.

- 1 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**
**[CASE NO. C-05-3151 EDL]**

Plaintiffs' first amended complaint was filed on March 7, 2006, and was served on both defendants on March 15, 2006. The summons was returned executed on March 22, 2006. The defendants have not filed a responsive pleading, but the parties commenced settlement negotiations which contemplated a stipulation for entry of judgment. For this reason, the Court has continued the Case Management Conference at plaintiffs' request.

Settlement negotiations have not been successful and defendants have not responded to the First Amended Complaint. Accordingly, plaintiffs filed their Request for Entry of Default as to both defendants on November 14, 2006, and will file their motion for a default judgment after the default is entered. Plaintiffs request a Case Management Order vacating the Case Management Conference and requiring plaintiffs to file their motion for default judgment within 30 days after the clerk enters default.

DATED: November 14, 2006.                    STANTON, KAY & WATSON, LLP


By: ___/s/ Anne Bevington_____
         ANNE BEVINGTON
    Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## [~~PROPOSED~~] ORDER

Upon reading the foregoing statement, IT IS HEREBY ORDERED that the Case Management Conference scheduled for November 21, 2006, be vacated, and that plaintiffs file their Motion for Default Judgment within ____ days after entry of defendants' default.

The Court further orders:

Dated: __November 17, 2006____          _____
                                         HON. ELIZABETH D. LAPORTE
                                         UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

F:\CASES\30\32.178 E G Construction\Pleadings\CMC STATEMENT 11-14-2006.doc

- 2 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**
**[CASE NO. C-05-3151 EDL]**

## PROOF OF SERVICE

CASE NAME: *John Bonilla, et al. v. E.G. Construction, et al.*
CASE NUMBER: U.S. District Court, Northern District of California Case No. C-05-3151 EDL

    I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

    On November 14, 2006, I served the following document(s) described as:

**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**

on the following party/parties:

| | |
|---|---|
| E.G. Construction<br>P.O. Box 9134<br>Vallejo, CA 94591 | Ezra Phillip Green<br>P.O. Box 9134<br>Vallejo, CA 94591 |

X   **BY MAIL:** with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on **November 14, 2006** at San Francisco, California.

    */s/ Peggy Sanchez*
    Peggy Sanchez

- 3 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT, AND [PROPOSED] ORDER**
**[CASE NO. C-05-3151 EDL]**