IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BONILLA, et al,

    Plaintiffs,

v.

E.G. CONSTRUCTION, et al.,

    Defendants.

No. C-05-03151 EDL

**ORDER FOR REASSIGNMENT**

In view of the report and recommendation dated June 8, 2007, the Clerk shall reassign this matter forthwith to a district court judge.

**IT IS SO ORDERED.**

Dated: July 19, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge